# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUSTANG SPECIALTY FUNDING I, LLC,<br>    Plaintiff,<br><br>           v.<br><br>FELAHY TRIAL LAWYERS, APC, et al.,<br>    Defendants. | 2:25-cv-04063-DSF-AGRx<br><br>Order to Show Cause re Dismissal for Lack of Subject Matter Jurisdiction |

    Plaintiff filed a complaint in this Court on the basis of diversity jurisdiction. However, the citizenship of Plaintiff is not properly pleaded. See Johnson v. Columbia Props. Anchorage, LP, 437 F.3d 894, 899 (9th Cir. 2006) (limited liability company is a citizen of the states of which each of its members is a citizen). Therefore, Plaintiff is ordered to file an amended complaint no later than June 10, 2025 correcting the jurisdictional allegations. Failure to allege subject matter jurisdiction adequately will result in the case being dismissed without prejudice.

    IT IS SO ORDERED.

Date: May 27, 2025

                                                 The Honorable Dale S. Fischer<br>                                                 United States District Judge